**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CARLOS ALFREDO BUNAY SARMIENTO, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**THE KING OF TACOS HOUSE, INC. and JUAN FRUCTUOS RIVERA, Jointly and Severally,**<br><br>**Defendants.** | **20-cv-01301-TAM** |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on March 10, 2020, Plaintiff filed a Complaint, entitled *Bunay Sarmiento v The King of Tacos House, Inc. et al.*, Case Number 1-20-cv-01301 (TAM) (the "Complaint"), asserting claims for, *inter alia*, failure to pay minimum and overtime wages, and spread of hours premiums under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the New York Labor Law §190 *et seq.* ("NYLL");

**WHEREAS,** Plaintiff and Defendants (the "Parties") through arms-length negotiations and court-ordered mediation reached a settlement of this action and Plaintiff's claims, and have entered into a Settlement Agreement and Wage and Hour Release (the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable

resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, the NYLL, and/or time worked, and;

**WHEREAS**, nothing contained in the Agreement shall be construed as an admission by the Defendants (or any person or entity acting on their behalf) of any liability or any act of wrongdoing whatsoever; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated:  October 13, 2021
New York, New York

**PELTON GRAHAM LLC**
*Attorneys for Plaintiff*

By:
Brent Edward Pelton, Esq.
Taylor B. Graham, Esq.
Pelton Graham LLC
111 Broadway, Suite 1503
New York, NY 10006

**Stephen D. Hans & Associates, P.C.**
*Attorney for Defendants*

By:
Stephen D. Hans, Esq.
Stephen D. Hans & Associates, P.C.
30-30 Northern Blvd., Suite 401
Long Island City, New York 11101

SO ORDERED:

*/s/ Taryn A. Merkl*
Hon. Taryn A. Merkl, US. Magistrate Judge